**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL P. by and through his mother ELIZABETH A. and ELIZBETH A. individually and in her own right, | CIVIL ACTION NO. 3:21-cv-00902 |
| Plaintiffs, | |
| v. | (SAPORITO, M.J.) |
| EAST STROUDSBURG AREA SCHOOL DISTRICT, | |
| Defendant. | |

**ORDER**

**AND NOW, this 4th day of November, 2026**, upon consideration of the Amended Petition for Approval of Minor's Compromise (Doc. 99) and Exhibits (Doc. 100), it is hereby **ORDERED and DECREED** that:

1. The Petition is **GRANTED**.

2. The offer the Defendant East Stroudsburg Area School District is fair and reasonable.

3. The Settlement Agreement and Release attached to the Amended Petition for Approval of Minor's Compromised as Exhibit A is hereby approved.

4. Settlement of the claims of the minor, Michael P. is approved in the sum of $450,000 ("Gross Settlement Proceeds").

5. The Gross Settlement Proceeds shall be distributed as follows to:

| | |
|---|---|
| a. McAndrews, Mehalick, Connolly, Hulse and and Morgan and Morgan (to be split for attorney fees) | $150,000.00 |

| | | |
|---|---|---|
| b. | McAndrews, Mehalick, Connolly, Hulse and Ryan, P.C. (for reimbursement of costs incurred for M.P.) | $3,158.78 |
| c. | Morgan and Morgan (for reimbursement of costs incurred for M.P.) | $7,500 |
| d. | An ABLE Account for the sole benefit of Michael P., with Elizabeth Aguero, parent, as the designated responsible adult | $20,000 |
| e. | Expenses, for the benefit of Michael P., requested by the Petitioners in accordance with the estimates attached to the Petition as Exhibit K: | $128,699.15 |

i. $4,882 - Rifton Bike

ii. $30,713.63 – Deck where Michael can Play Safely and Contained

iii. $20,569.58 - Tree Removal to Build Pool and Fence Around Pool

iv. $20,461.87 – Above Ground Pool

v. $17,500 – Fence to Prevent Elopement

vi. $15,137.58 – Swingset

vii. $4,911 - Safety Mulch around Swingset

viii. $669.99 – Trampoline, with Safety Mesh Walls

ix. $8,797.50 – Update Bathroom to make it ADA Accessible

x. $1,656 – Front Steps, Concrete Repair and Installing Handrail

xi. $3,400 – Electrician for Pool

| | | |
|---|---|---|
| f. | Potential Lien to Pennsylvania Department of Human Services (Before funding the Special Needs | TBD |

Trust, counsel shall hold the funds in escrow pending written confirmation from DHS that DHS has not asserted a lien on Petitioners for medical care related to Michael's injury. Petitioners' counsel shall provide the court with updates every thirty (30) days until this issue is resolved.)

| | |
|---|---|
| g. Trustee of Special Needs Trust for Michael P. (To be deposited into the Special Needs Trust for Michael P., attached to the petition as Exhibit F) | Balance (~$140,642.07) |

6. The Clerk shall close this case.

BY THE COURT:

***s/Joseph F. Saporito, Jr.***
JOSEPH F. SAPORITO, JR.
U.S. DISTRICT JUDGE